**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Patricia and Kawana Brown, | : |
| | : Civil Action No.:  3:09-cv-00932-JCH |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| NCO Financial Systems, Inc., | : **NOTICE OF SETTLEMENT** |
| | : |
| | : |
| Defendant. | : |

       Pursuant to Local Rule 77.1 the Plaintiffs, Patricia and Kawana Brown, hereby notify this

Court that the Plaintiffs and the Defendant, NCO Financial Systems, Inc., have reached a

settlement agreement.

Dated: August 10, 2009

                                         Respectfully submitted,

                                         By:  /s/ Sergei Lemberg

                                       Sergei Lemberg
                                         LEMBERG & ASSOCIATES L.L.C.
                                         1100 Summer Street, 3rd Floor
                                         Stamford, CT 06905
                                         Telephone: (203) 653-2250
                                         Facsimile:  (877) 795-3666
                                         Attorneys for Plaintiffs